# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
The Boeing Company )  ASBCA Nos. 60264, 60265, 60266
)                    60267, 60268, 60269
)                    60270, 60271, 60879
Under Contract No. FA8614-04-C-2004  )

APPEARANCES FOR THE APPELLANT:   Kara M. Sacilotto, Esq.
                                 Nina S. Rustgi, Esq.
                                   Wiley Rein LLP
                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
                                   DCMA Chief Trial Attorney
                                 Robert L. Duecaster, Esq.
                                   Trial Attorney
                                   Defense Contract Management Agency
                                   Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 8 January 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60264, 60265, 60266, 60267, 60268, 60269, 60270, 60271 and 60879, Appeals of The Boeing Company, rendered in conformance with the Board's Charter.

Dated: _____

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals